**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 5:25-cr-00067-1

NATHANIEL WILBURN

# **<u>ORDER</u>**

On May 5, 2026, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on May 5, 2026. [ECF 86]. Objections in this case were due on May 22, 2026. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [*Id.*] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: September 3, 2026

Frank W. Volk
Chief United States District Judge